## UNITED STATES
### v.
## 29 BARRELS OF WHEAT, 20 BAGS OF WHEAT AND 6 BARRELS OF FLOUR

### 1810

#### JOURNAL ENTRIES

1. Libel . . . . . . . . . . . . . . *Journal, infra,* *p. 299
2. Time for hearing fixed; notices ordered . . . . . . " 305
3. Postponement . . . . . . . . . . . . " 334
4. Proclamation; claim made; bond filed . . . . . . " 336
5. Judgment and decree . . . . . . . . . . . " 337

#### PAPERS IN FILE

1. Copy of proclamation . . . . . . . . . . . .
2. Subpoena for William Morris; Michel Tremblay and
   Augustin Francoeur . . . . . . . . . . *Printed in Vol. 2*

3. Subpoena for Robert Smart, Louis Charles Boite, Joel T. Foster and James Abbott . . . . . . . . . . .

4. Subpoena for Robert Smart, Louis Charles Boite, Joel T. Foster and James Abbott . . . . . . . . . . .

5. Subpoena for William Morris, Evangile Tremblay and Augustin Francoeur . . . . . . . . . . .

6. Subpoena for Joseph Eberts, Nicholas Valmey, Robert Smart and Richard H. Jones . . . . . . . . . . .